## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                  No. CR 10-2653 JB

DERRICK IVAN JIM,

      Defendant.

### MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the United States' Objection to Defendant's Proposed Voir Dire, filed January 6, 2012 (Doc. 99)("Objection").  The primary issue is whether the Court should prohibit Defendant Derrick Ivan Jim from asking potential jurors, if, in a case of she said versus he said, they would be willing to sit through the whole trial before making up their mind on the verdict.  The United States objects to the characterization of the case as "she said vs. he said."  Objection at 1.  Defendant Derrick Ivan Jim has represented to the Court's Courtroom Deputy, K'Aun Wild, that he withdraws the question and will not pose it to potential jurors during voir dire.  Accordingly, the Court will overrule the Objection as moot.

**IT IS ORDERED** that the United States' Objection to Defendant's Proposed Voir Dire, filed January 6, 2012 (Doc. 99), is overruled.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Kenneth J. Gonzales
  United States Attorney
Jack Burkhead
Mark T. Baker
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

  *Attorneys for the Plaintiff*

Lawrence E. Chacon
Albuquerque, New Mexico

  *Attorney for the Defendant*