

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425

**Mitchell R. Elfers**
**Clerk of Court**

April 29, 2019

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:   USA v. Derrick Ivan Jim; USDC # 10cr2653; USCA # 18-2144

Dear Ms. Shumaker,

        Enclosed please find the SUPPLEMENTAL Record on Appeal in (4) Volumes which consists of the following.

|  |  |
|---|---|
| Volume I | Pleadings |
| Volume II | Sealed Pleadings |
| Volume III | Transcript of Proceedings |
| Volume IV | PSR and Addendums |

Sincerely,

Mitchell R. Elfers
Clerk of Court

/s/
_____

By: V. Verma